# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JACOB GLENN CLARK,<br><br>Defendant. | NO. CR07-389-RSL<br><br>SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |

An evidentiary hearing on a petition for violation of supervised release in this case was scheduled before the undersigned Magistrate Judge on June 2, 2010. The United States was represented by Assistant United States Attorney Steven Masada, and the defendant by Stephan R. Illa. The proceedings were digitally recorded.

The defendant had been charged and convicted of Distribution of Controlled Substances, in violation of 18 U.S.C. §§ 841(a)(1) and 841(b)(1)(C). On or about May 9, 2008, defendant was sentenced by the Honorable Robert S. Lasnik to a term of 15 months in custody, to be followed by 3 years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in a substance abuse program, financial disclosure, search and substance abuse treatment.

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 1

1   In a Petition for Warrant or Summons dated May 6, 2010, U.S. Probation Officer
2   Angela M. McGlynn asserted the following violations by defendant of the conditions of his
3   supervised release:

4   (1)   Using Vicodin on or before January 14, 2010, in violation of standard condition
5         No. 7.
6   (2)   Failing to work at a lawful occupation as of April 17, 2010, in violation of
7         standard condition No. 5.
8   (3)   Failing to report for urine testing as directed on or about May 6, 2010, in
9         violation of standard condition No. 2.
10  (4)   Failing to submit a monthly report as directed on or about May 6, 2010, in
11        violation of standard condition No. 2.
12  (5)   Moving and failing to notify the probation officer on or before May 6, 2010, in
13        violation of standard condition No. 6.
14  (6)   Committing the crime of trafficking in stolen property on or before May 6,
15        2010, in violation of the special condition prohibiting the defendant from
16        committing any new federal, state, or local crimes.

17  On May 19, 2010, defendant made his initial appearance. The defendant was advised
18  of the allegations and advised of his rights. On June 2, 2010, this matter came before the Court
19  for an evidentiary hearing. Defendant admitted to violations 1, 3, 4 and 5. Alleged violations
20  2 and 6 were dismissed without prejudice by the government.

21  I therefore recommend that the Court find the defendant to have violated the terms and
22  conditions of his supervised release as alleged in violations 1, 3, 4 and 5, and that the Court
23  conduct a hearing limited to disposition. A disposition hearing on these violations has been set
24  before the Honorable Robert S. Lasnik on June 23, 2010 at 8:30 a.m.
25  //
26  //

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 2

Pending a final determination by the Court, the defendant has been detained.

DATED this 2nd day of June, 2010.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

cc:  District Judge:         Honorable Robert S. Lasnik
     AUSA:                   Steven Masada
     Defendant's attorney:   Stephan R. Illa
     Probation officer:      Angela M. McGlynn

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 3