UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>   v.<br><br>JACOB CLARK,<br><br>                        Defendant. | Case No. CR07-389-RSL<br><br>**PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE** |

INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on June 7, 2011. The defendant appeared pursuant to a warrant issued in this case. The United States was represented by Steven T. Masada, and defendant was represented by Stephan R. Illa. Also present was U.S. Probation Officer Angela M. McGlynn. The proceedings were digitally recorded.

SENTENCE AND PRIOR ACTION

Defendant was sentenced on May 9, 2008 by the Honorable Robert S. Lasnik for Distribution of controlled Substances. He received 15 months of detention and 3 years of supervised release.

On May 6, 2010, a violation report was submitted to the Court requesting a warrant be

issued for Mr. Clark, when he began abusing prescription drugs, failed to report as directed for urinalysis testing, moved and failed to notify the probation officer of his new address, and changed employment without notifying the probation officer. On June 25, 2010, Mr. Clark's supervision was revoked and he was sentenced to three months detention, followed by 27 months supervised release. Mr. Clark was released from detention and began his second term of supervised release on August 18, 2010.

## PRESENTLY ALLEGED VIOLATIONS

In a petition dated February 25, 2011, U.S. Probation Officer Angela McGlynn alleged that defendant violated the following conditions of supervised release:

1. Committing the crime of Burglary 1st Degree, on or about August 30, 2010, in violation of the special condition that prohibits the defendant from committing any new local, state, or federal crime.

## FINDINGS FOLLOWING EVIDENTIARY HEARING

Defendant admitted the above violations, waived any hearing as to whether they occurred, and was informed the matter would be set for a disposition hearing on June 27, 2011, at 9:00 a.m. before District Judge Robert S. Lasnik.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that defendant has violated the conditions of his supervised release as alleged above, and conduct a disposition hearing.

DATED this 7th day of June, 2011.

BRIAN A. TSUCHIDA
United States Magistrate Judge

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO ALLEGED VIOLATIONS
OF SUPERVISED RELEASE - 2