1

2

3

4

5

6

7

8

9

10

11

12

13

14

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JACOB GLENN CLARK,<br><br>        Defendant. | NO.  CR07-389-RSL<br><br><br>SUMMARY REPORT OF<br>U.S. MAGISTRATE JUDGE AS<br>TO ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

15      An evidentiary hearing on a petition for violation of supervised release was held before

16  the undersigned Magistrate Judge on March 27, 2013.  The United States was represented by

17  Assistant United States Attorney Steven Masada, and the defendant by Stephan R. Illa.  The

18  proceedings were digitally recorded.

19      The defendant had been charged and convicted of Distribution of Controlled

20  Substances, in violation of 18 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).  On or about May 9,

21  2008, defendant was sentenced by the Honorable Robert S. Lasnik to a term of 15 months in

22  custody, to be followed by 3 years of supervised release.

23      The conditions of supervised release included the requirements that the defendant

24  comply with all local, state, and federal laws, and with the standard conditions.  Special

25  conditions imposed included, but were not limited to, participation in substance abuse and

26  mental programs, financial disclosure and search.

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 1

1    In a Petition for Warrant or Summons for Offender Under Supervision dated March 8,

2    2013, U.S. Probation Officer Angela M. McGlynn asserted the following violations by

3    defendant of the conditions of his supervised release:

4    (1)    Using opiates on or before February 26, and March 6, 2013, in violation of

5    standard condition No. 7.

6    (2)    Failing to participate in substance abuse treatment since February 21, 2013, in

7    violation of the special condition that requires the defendant to participate in

8    substance abuse treatment as directed by the probation officer.

9    On March 22, 2013 defendant made his initial appearance.  The defendant was advised

10   of his rights and acknowledged those rights.  On March 27, 2013, this matter came before the

11   Court for an evidentiary hearing.   Defendant admitted to violations 1 and 2.

12   I therefore recommend that the Court find the defendant to have violated the terms and

13   conditions of his supervised release as to violations 1 and 2, and that the Court conduct a

14   hearing limited to disposition.  A disposition hearing on these violations has been set before the

15   Honorable Robert S. Lasnik on May 10, 2013 at 10:00 a.m.

16   Pending a final determination by the Court, the defendant has been released, subject to

17   supervision and further bond conditions.

18   DATED this 28th day of March, 2013.

19

20                                                     _____
                                                       JAMES P. DONOHUE
21                                                     United States Magistrate Judge

22

23

24   cc:    District Judge:            Honorable Robert S. Lasnik
            AUSA:                     Steven Masada
25          Defendant's attorney:     Stephan R. Illa
            Probation officer:        Angela M. McGlynn
26

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 2